

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Violations:   18 U.S.C. § 922(g)(1)

MARCUS RAY,

    Defendant.

Case: 2:23-cr-20087
Judge: Michelson, Laurie J.
MJ: Grey, Jonathan J.C.
Filed: 02-09-2023 At 03:26 PM
INDI USA v. Ray (jo)

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

FILED
FEB 09 2023
CLERK'S OFFICE
DETROIT

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about March 12, 2022, in the Eastern District of Michigan, Southern Division, the defendant, MARCUS RAY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) Hi-Point C-9 handgun, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about January 24, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MARCUS RAY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) Silver Bryco Jennings Nine 9mm Handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Counts One and Two of this Indictment, Defendant MARCUS RAY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one (1) Hi-Point C-9 handgun and one (1) Silver Bryco Jennings Nine 9mm Handgun.

THIS IS A TRUE BILL.

s/ Grand Jury Foreperson
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

s/ Brandy R. McMillion
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

s/ Myra F. Din
MYRA F. DIN
Assistant United States Attorney

Dated: February 9, 2023

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

Case: 2:23-cr-20087
Judge: Michelson, Laurie J.
MJ: Grey, Jonathan J.C.
Filed: 02-09-2023 At 03:26 PM
INDI USA v. Ray (jo)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

### Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
|---|---|
| ☐ Yes   ☒ No | AUSA's Initials: *BEM* |

**Case Title:** USA v. Marcus Ray

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

___Indictment/___Information --- **no** prior complaint.
✓ Indictment/___Information --- based upon prior complaint [Case number: 23-mj-30033 ]
___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 9, 2023
Date

*Myra F. Din/BEM*
Myra F. Din
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9653
Fax: 313-226-2372
E-Mail address: myra.din@usdoj.gov
Attorney Bar #: NY5561345

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.